# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: In re SPD II Makaiwa Resort Development, LLC

Case Number: 23-7153

An appearance is hereby filed by the undersigned as attorney for:
24 Members of Coconut Beach/Hawaii LLC

Attorney name (type or print): Douglas Litowitz

Firm: Litowitz Law Office Ltd.

Street address: 413 Locust Place

City/State/Zip: Deerfield, IL 60015

Bar ID Number: 6198234
(See item 3 in instructions)

Telephone Number: 312-622-2848

Email Address: litowitz@gmail.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 29, 2023

Attorney signature: S/ Douglas Litowitz
(Use electronic signature if the appearance form is filed electronically.)