# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: SPD II Makaiwa Resort Development, LLC

Case Number: 23-07153

An appearance is hereby filed by the undersigned as attorney for: 24 members of Coconut Beach/ Hawaii LLC

Attorney name (type or print): Elizabeth L. Janczak

Firm: Smith Gambrell & Russell LLP

Street address: 311 S. Wacker Dr. Suite 3000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6302864
(See item 3 in instructions)

Telephone Number: 312.360.6000

Email Address: ejanczak@sgrlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 3, 2024

Attorney signature: S/ Elizabeth L. Janczak
(Use electronic signature if the appearance form is filed electronically.)