**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
|    SPD II MAKAIWA RESORT DEVELOPMENT, LLC, | ) ) | Chapter 11 |
| | ) | No. 23-7153 |
|    Debtor(s) | ) ) | |
| | ) | Judge David D. Cleary |

**NOTICE OF HEARING REGARDING CLAIM OBJECTIONS**

PLEASE TAKE NOTICE that, on **June 26, 2024 at 1:00 p.m. (Central Time)**, I will appear before the Honorable David D. Cleary, or any judge sitting in his place, to present the following objections, collectively the "**Claim Objections**", which were timely filed pursuant to the deadline for objections to claims as established by the Court's **Order: (I) Approving (A) the Second Amended Disclosure Statement, (B) Solicitation and Voting Procedures, and (C) Form of Ballots, Solicitation Materials and Forms and Methods of Notice with Respect Thereto; (II) Scheduling the Confirmation Hearing and Establishing Key Deadlines; and (III) Granting Related Relief** (ECF No. 165, the "**Solicitation Procedures Order**"):

(i) Objection of Plan Proponent to Claim No. 11 (ECF No. 166, the "**Nicolson Objection**");

(ii) Objection of Plan Proponent to Claim No. 1 (ECF No. 167, the "**24 Members Objection**");

(iii) Objection of Plan Proponent to Claim No. 19 (ECF No. 168, the "**Belt Collins Objection**");

(iv) Objection of Plan Proponent to Claim No. 2 (ECF No. 169, the "**Makaiwa Objection**"); and

(v) Objection of Plan Proponent to Claim No. 20 (ECF No. 170, the "**RIM Objection**").

**These Claim Objections, and any responses thereto which were timely filed pursuant to the deadline established in the Solicitation Procedures Order, will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**Important: Only parties and their counsel may appear for presentment of the Claim Objections electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

- 2 -

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is <u>1611226457</u>, and the passcode is <u>Cleary644</u>. The meeting ID and passcode can also be found on the judge's page on the court's web site.

Dated: June 12, 2024  
       Chicago, Illinois

Respectfully Submitted,

**REED SMITH LLP**

*/s/ Ann E. Pille*  
Ann E. Pille  
Reed Smith LLP  
10 S. Wacker Drive, Suite 4000  
Chicago, IL 60606  
Telephone: (312) 207-1000  
Facsimile: (312) 207-6400  
E-Mail: apille@reedsmith.com

*Counsel for Corban Kauai Chicago Lender, LLC*

# CERTIFICATE OF SERVICE

I, Ann E. Pille, hereby certify that on <u>June 12, 2024</u>, I caused a copy of the foregoing **NOTICE OF HEARING REGARDING CLAIM OBJECTIONS** to be filed in the above-captioned proceeding. Notice of this filing was sent automatically, via the Court's CM/ECF service, to all parties that have filed an electronic appearance in the proceeding, including the following:

W. Kent Carter on behalf of Creditor Belt Collins Hawaii LLC and RIM Architects, LLC
kentcarter@grsm.com, jswick@grsm.com

Elizabeth L Janczak on behalf of 24 Members of Coconut Beach/Hawaii LLC
ejanczak@sgrlaw.com

Douglas Eliot Litowitz on behalf of 24 Members of Coconut Beach/Hawaii LLC
litowitz@gmail.com

Lawrence Hale Smith on behalf of Makaiwa Resort Company LLC
LSmith@laurencehsmithpc.com

Don Allen Nicolson Sr., Associated Building Consultants Inc.
don@pbihi.com

Spencer C Ezell on behalf of U.S. Trustee Patrick S Layng
spencer.ezell@usdoj.gov

David R Herzog on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
drh@dherzoglaw.com, dherzoglaw@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Suhey Ramirez on behalf of U.S. Trustee Patrick S Layng
suhey.ramirez@usdoj.gov

Laxmi P Sarathy on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
lsarathy@whitestonelawgroup.com, courtdocs@whitestonelawgroup.com

And to the following party via expedited UPS mail:

Don Nicolson
6666 Kuhoho Street
Kappa'a, HI 96746

*/s/ Ann E. Pille*
Ann E. Pille (IL Bar No. 6283759)