**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SPD II Makaiwa Resort Development, LLC, | ) | Case No. 23-7153 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

NOTICE OF FILING

TO:     ECF Service List

Please take notice that on June 12, 2024, I caused to be filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, **Walsh Construction Company II, LLC's Objection to the Second Amended Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code**, a copy of which is served upon you.

Mark A. Carter (6199602)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL  60606
Telephone:  312-704-3000
Facsimile:  312-704-3001
mcarter@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I, Mark A. Carter, certify under penalty provided by law that I served copies of the forgoing Walsh Construction Company II, LLC's Objection upon the ECF Registrants referenced on the attached Service List by filing same with the Clerk of the Court using the CM/ECF system on June 12, 2024.

/s/ Mark A. Carter

## SERVICE LIST

*Via ECF ONLY*

W. Kent Carter on behalf of Creditor Belt Collins Hawaii LLC
kentcarter@grsm.com, jswick@grsm.com

Spencer C Ezell on behalf of U.S. Trustee Patrick S Layng
spencer.ezell@usdoj.gov

David R Herzog on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
drh@dherzoglaw.com, dherzoglaw@gmail.com

Elizabeth L Janczak on behalf of Attorney 24 Members of Coconut Beach/Hawaii LLC
ejanczak@sgrlaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Douglas Eliot Litowitz on behalf of Attorney 24 Members of Coconut Beach/Hawaii LLC
litowitz@gmail.com

Ann E Pille on behalf of Creditor Corban Kauai Chicago Lender, LLC
apille@reedsmith.com, apille@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Suhey Ramirez on behalf of U.S. Trustee Patrick S Layng
suhey.ramirez@usdoj.gov

Laxmi P Sarathy on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
lsarathy@whitestonelawgroup.com, courtdocs@whitestonelawgroup.com

1063323\315228452.v1