**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re<br><br>SPD II MAKAIWA RESORT DEVELOPMENT, LLC,<br><br>Debtor. | Case No. 23-7153<br><br>Chapter 11<br><br>Honorable David D. Cleary |

**NOTICE OF FILING OF (I) THIRD AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (II) REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE THIRD AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on April 29, 2024, Corban Kauai Chicago Lender, LLC ("**Secured Lender**" or the "**Plan Proponent**"), filed the *Second Amended Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code* [Doc. No. 161-1] (the "**Second Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on June 17, 2024, the Plan Proponent filed the proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code* (the "**Original Proposed Order**") [Doc. No. 206].

**PLEASE TAKE FURTHER NOTICE** that, on July 24, 2024, the Plan Proponent filed the first revised proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code* (the "**First Revised Proposed Order**") [Doc. No. 216].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Confirmation Hearing**") to consider confirmation of the Second Amended Plan pursuant to section 1129 of the Bankruptcy Code was held on September 27, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2024, the Plan Proponent filed the Plan Administrator Agreement (the "**Plan Administrator Agreement**") [Doc. No. 271-1 at Exhibit 23].

**PLEASE TAKE FURTHER NOTICE** that, consistent with the discussion before the Court at the Confirmation Hearing, the Plan Proponent has addressed issues with the plan to resolve concerns raised at the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on October 4, 2024, the Plan Proponent filed the *Third Amended Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code* [Doc. No. 280] (the "**Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline of the Amended Plan marked against the prior version, the Second Amended Plan, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponent has revised the Original Proposed Order consistent with the discussion before the Court at the Confirmation Hearing and subsequent discussions with parties in interest, and the revised version of the Proposed Order is attached hereto as **Exhibit B** (the "**Second Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline of the Second Revised Proposed Order marked against the Original Proposed Order is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponent has revised the Plan Administrator Agreement consistent with the discussion before the Court at the Confirmation Hearing and subsequent discussions with parties in interest, and the revised version of the Plan Administrator Agreement is attached hereto as **Exhibit D** (the "**Revised Plan Administrator Agreement**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline of the Revised Plan Administrator Agreement marked against the Plan Administrator Agreement is attached hereto as **Exhibit E**.

| | |
|---|---|
| Dated: October 4, 2024<br>Chicago, Illinois | Respectfully Submitted,<br><br>**REED SMITH LLP**<br><br>By:   */s/ Lawrence M. Benjamin*<br>Lawrence M. Benjamin<br>Reed Smith LLP<br>10 S. Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>Telephone: (312) 207-1000<br>lbenjamin@reedsmith.com<br><br>Joseph J. Tuso<br>Reed Smith LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8228<br>E-Mail: jtuso@reedsmith.com<br><br>Jared S. Roach<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>E-Mail: jroach@reedsmith.com<br><br>*Counsel to Plan Proponent Corban Kauai Chicago Lender LLC* |

**CERTIFICATE OF SERVICE**

I, Lawrence M. Benjamin, hereby certify that on October 4, 2024, I caused a copy of the foregoing **NOTICE OF FILING OF (I) THIRD AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (II) REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE THIRD AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE** to be filed in the above-captioned proceeding. Notice of this filing was sent automatically, via the Court's CM/ECF service, to all parties that have filed an electronic appearance in the proceeding, including the following:

Mark A Carter on behalf of Creditor Walsh Construction Company II, LLC
mcarter@hinshawlaw.com, grodriguez@hinshawlaw.com,courtfiling@hinshawlaw.com

W. Kent Carter on behalf of Creditor Belt Collins Hawaii LLC
kentcarter@grsm.com, jswick@grsm.com

Spencer C Ezell on behalf of U.S. Trustee Patrick S Layng
spencer.ezell@usdoj.gov

David R Herzog on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
drh@dherzoglaw.com, dherzoglaw@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Suhey Ramirez on behalf of U.S. Trustee Patrick S Layng
suhey.ramirez@usdoj.gov

Laxmi P Sarathy on behalf of Debtor 1 SPD II Makaiwa Resort Development, LLC
lsarathy@whitestonelawgroup.com, courtdocs@whitestonelawgroup.com

                                                */s/ Lawrence M. Benjamin*
                                                Lawrence M. Benjamin (IL Bar No. 6196417)