## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 23 B 7153 |
| ) | |
| SPD II MAKAIWA RESORT ) | Chapter 11 |
| DEVELOPMENT, LLC, ) | |
| ) | Judge David D. Cleary |
| Debtor. ) | |

**ORDER SETTING RULING DATE ON U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b) (EOD 96), WALSH CONSTRUCTION'S MOTION TO APPOINT TRUSTEE (EOD 290), AND CORBAN KAUAI'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT AND TO SCHEDULE HEARING (EOD 325).**

The court having conducted oral arguments on U.S. Trustee's Motion to Dismiss or Convert, Walsh Construction Company's Motion to Appoint Trustee, and Corban Kauai Chicago Lender's Motion for Approval of Disclosure Statement, and having taken the matters under advisement,

**IT IS ORDERED THAT** the court will rule on the above matters on Wednesday, October 15, 2025 at 10:30 a.m. in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois.

Parties may appear in person or electronically by Zoom for Government.

ENTERED:

Date: October 3, 2025

DAVID D. CLEARY
United States Bankruptcy Judge