UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )
) BK No.: 23-07153
SPD II Makaiwa Resort Development, LLC )
) Chapter: 7
) Honorable David D. Cleary
)
Debtor(s) )

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon the motion (the "Motion") of Elizabeth L. Janczak and the law firm of Smith, Gambrell & Russell, LLP (collectively, “SGR”), for entry of an order authorizing the withdrawal SGR's appearance as counsel for 24 members of Coconut Beach/Hawaii LLC (the “Members”), the Court having jurisdiction over this Motion; it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. SGR's appearance as counsel to the Members is hereby withdrawn.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: October 28, 2026

**Prepared by:**

Elizabeth L. Janczak
Smith, Gambrell & Russell LLP
155 N. Wacker Dr. Suite 3000
Chicago, IL 60606
312.360.6000
ejanczak@sgrlaw.com